1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   GORDON D. MCAULEY – 99932
2  ROSHAN D. JAIN – 241078
   80 E. Sir Francis Drake Blvd., Suite 3E
3  Larkspur, CA 94939
   Telephone:   (415) 925-8400
4  Facsimile:    (415) 995-3436
   gmcauley@hansonbridgett.com
5
   Attorneys for Plaintiff and Cross-Defendant
6  ACE RELOCATION SYSTEMS, INC. and
   Cross-Defendant ATLAS VAN LINES, INC.
7

8             UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  ACE RELOCATION SYSTEMS, INC., | No. C 06 3871 MEJ |
| 13             Plaintiff, | STIPULATION AND [Proposed] ORDER EXTENDING MEDIATION COMPLETION DATE |
| 14  v. | |
| 15  LEN SHORT; DOES 1-5, | Action Filed:   September 28, 2005 |
| 16             Defendant. | |
| 17 | |
| 18  AND RELATED CROSS ACTION | |

19

20       Plaintiff and Cross-Defendant Ace Relocation Systems, Inc., Cross-Defendant Atlas Van
21  Lines, Inc., and Defendant, Cross-Complainant, and Cross-Defendant Leonard Short HEREBY
22  STIPULATE AND AGREE as follows, and respectfully request this Court to enter its order
23  extending the current December 19, 2006 mediation completion date through January 19, 2007.
24       On September 14, 2006, the parties submitted their Joint Case Management Statement and
25  Proposed Case Management Order where they requested that mediation be completed within 90
26  days of the Case Management Conference. On September 20, 2006, the Court vacated the
27  September 21, 2006 Case Management Conference, and issued its Case Management Order. On
28  October 17, 2006, the parties received notice that Steven Goldstein had been appointed mediator.

- 1 -

1  On October 19, 2006, Mr. Short rejected the appointment of Mr. Goldstein. On November 17,
2  2006, David M. Bluhm was appointed as the new mediator.
3      Mr. Bluhm and counsel for the parties held an ADR conference on November 29, 2006.
4  The parties requested that due to the delay in appointment of a new mediator, and scheduling
5  conflicts in December, that a mediation date be set in January 2007. The parties and Mediator
6  Bluhm agreed to mediation on January 11, 2007, with January 16, 2007 as an alternate date if
7  further scheduling problems develop. Mediator Bluhm concurred with the proposed extension.
8      The parties have been actively engaged in settlement discussions, and believe they are
9  close to resolving the case. The requested continuance of the mediation date also is intended to
10 allow the parties to resolve the case without the necessity of completing the mediation.
11     Accordingly, the parties request that the Court extend the deadline for completing the
12 mediation to no later than Friday, January 19, 2007.

13 DATED: November 29, 2006               HANSON BRIDGETT MARCUS
                                         VLAHOS & RUDY, LLP

By: _____
GORDON D. MCAULEY
Attorneys for Plaintiff and Cross-
Defendants ACE RELOCATION
SYSTEMS, INC. and ATLAS VAN
LINES, INC.

19 DATED: November 29, 2006               MCNEAL, SILVEIRA, RICE & WILEY

By: _____
MARK J. RICE
Attorneys for Defendant, Cross-
Complainant and Cross-Defendant
LEONARD SHORT

25 ///
26 ///
27 ///
28

-2-

STIPULATION & [Proposed] ORDER EXTENDING                                           1288448.1
MEDIATION COMPLETION DATE; C-06-3871-MEJ

## [Proposed] ORDER

Pursuant to stipulation and good cause having been shown, IT IS ORDERED as follows: The last date to complete mediation pursuant to the Court's ADR program is continued to Friday, January 19, 2007.

Dated: December 8, 2006 , 2006

GRANTED
Judge Maria-Elena James

Maria Elena James
United States Magistrate Judge

- 3 -

STIPULATION & [Proposed] ORDER EXTENDING
MEDIATION COMPLETION DATE; C-06-3871-MEJ

1288448.1