IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE RELOCATION SYSTEMS, INC., <br><br>    Plaintiff, <br><br>  vs. <br><br>LEN SHORT; DOES 1-5, <br><br>    Defendants. <br>_____/ <br><br>LEONARD SHORT, <br><br>    Cross-Complainant <br><br>  vs. <br><br>ATLAS VAN LINES, INC. a Delaware Corporation, ACE RELOCATION SYSTEMS INC., WHICH WILL DO BUSINESS AS ACE RELOCATION SYSTEMS INC. OF WASHINGTON, a Washington Corporation, and ROES 1 through 25, inclusive, <br><br>    Cross-defendants <br>_____/ | No. C-06-3871 MEJ <br><br>ORDER FOR CLERK OF COURT TO CLOSE FILE |

On January 3, 2007, the parties, pursuant to F.R.C.P. 41(a)(1), submitted to the Court, a Stipulation of Dismissal with prejudice in the above-captioned case. Accordingly, the Court hereby ORDERS the Clerk of Court to close the file.

1    IT IS SO ORDERED.

3    Dated: April 17, 2007

                                              MARIA-ELENA JAMES
                                              United States Magistrate Judge