**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE RELOCATION SYSTEMS, INC., | No. C-06-3871 MEJ |
| Plaintiff, | |
| vs. | ORDER FOR CLERK OF COURT TO CLOSE FILE |
| LEN SHORT; DOES 1-5, | |
| Defendants. _____/ | |
| | |
| LEONARD SHORT, | |
| Cross-Complainant | |
| vs. | |
| ATLAS VAN LINES, INC. a Delaware Corporation, ACE RELOCATION SYSTEMS INC., WHICH WILL DO BUSINESS AS ACE RELOCATION SYSTEMS INC. OF WASHINGTON, a Washington Corporation, and ROES 1 through 25, inclusive, | |
| Cross-defendants _____/ | |

On January 3, 2007, the parties, pursuant to F.R.C.P. 41(a)(1), submitted to the Court, a Stipulation of Dismissal with prejudice in the above-captioned case. Accordingly, the Court hereby ORDERS the Clerk of Court to close the file.

1   IT IS SO ORDERED.

3   Dated: April 17, 2007



_____
MARIA-ELENA JAMES
United States Magistrate Judge